FILED - CLERK
U.S. DISTRICT COURT
2006 MAR -8 AM 10: 30
TX EASTERN-BEAUMONT
BY BC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| THE MODERN GROUP, LTD. and DRAGON PRODUCTS, LTD., | § § § | CASE NO.: 1:05CV0814 |
| Plaintiffs, | § § | JURY DEMAND |
| v. | § § | |
| WASTEQUIP, INC., WASTEQUIP MANUFACTURING COMPANY, INC. and GALBREATH, INC., | § § § § | Honorable Thad Hartfield |
| Defendants. | § § | |

## SETTLEMENT ORDER AND FINAL CONSENT JUDGMENT AS BETWEEN ALL PLAINTIFFS AND DEFENDANTS

Plaintiffs, The Modern Group, Ltd. and Dragon Products, Ltd., and Defendants, Wastequip, Inc., Wastequip Manufacturing Company, Inc., and Galbreath, Inc., have settled this litigation under the terms of a Settlement Agreement and stipulate to the entry of this Final Consent Judgment as evidenced by their counsel's signatures below.

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Under the terms and conditions of a Settlement Agreement between Plaintiffs and Defendants, which Settlement Agreement is hereby incorporated by reference and made a part of this Final Consent Judgment as though fully set forth in this Final Consent Judgment, all of Plaintiffs' claims and causes of action asserted in their Original Complaint filed December 5, 2005 against Defendants relating solely to the one (1) previously manufactured accused product are hereby dismissed with prejudice. All of Defendants' claims and causes of action asserted in their Counterclaim filed January 23, 2006 relating solely to the one (1) previously manufactured accused product are hereby dismissed with prejudice. Otherwise, any remaining dismissals by all parties is without prejudice.

3. The jurisdiction of this Court is retained to enforce this Final Consent Judgment and the terms and conditions of the Settlement Agreement.

{JEM1724.DOC;1}SETTLEMENT AGREEMENT.doc

4. Each party shall bear its own costs, expenses and attorney's fees.

ORDERED THIS 8 day of March, 2006, in Beaumont, Jefferson County, Texas.

THAD HEARTFIELD
U.S. DISTRICT JUDGE

AGREED TO:

By: _____
J. Hoke Peacock II
Texas State Bar No. 15678000
ORGAIN, BELL, & TUCKER, L.L.P.
P. O. Box 1751
Beaumont, Texas 77704-1751
(409) 838-6412 - Telephone
(409) 838-6959 - Telecopier

**ATTORNEY-IN-CHARGE FOR
PLAINTIFFS THE MODERN GROUP, LTD.
AND DRAGON PRODUCTS, LTD.**

By: _____, by permission
Gerald R. Flatten
Texas State Bar No. 07112500
RIENSTRA, DOWELL & FLATTEN
San Jacinto Building, Suite 1007
595 Orleans
Beaumont, Texas 77701-3074
(409) 833-6317 - Telephone
(409) 833-9530 - Telecopier

**ATTORNEY-IN-CHARGE FOR
DEFENDANTS WASTEQUIP, INC.,
WASTEQUIP MANUFACTURING COMPANY, INC. AND
GALBREATH, INC.**

{JEM1724.DOC;1}SETTLEMENT AGREEMENT.doc